AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of NY

SOLOMON BRAUN, individually and on behalf of all others similarly situated,
*Plaintiff*

v.

RELIN, GOLDSTEIN & CRANE, LLP,
*Defendant*

Civil Action No. 21-CV-6071 (CJS)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Defendant RGC's motion to dismiss Plaintiff Braun's complaint is granted, and the Clerk of Court is respectfully directed to close this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Charles J. Siragusa on a motion for dismissal in favor of the Defendant.

Date: 11/02/2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*